# TEXAS SIMPLE INTEREST MOTOR VEHICLE RETAIL INSTALLMENT SALES CONTRACT

DEAL: 517817  
1-800-727-7000  
Ford Credit  
www.fordcredit.com

| | |
|---|---|
| BUYER | SYLVIA D GORE |
| ADDRESS | 3406 DEER COURT |
| CITY | PEARLAND  STATE TX  ZIP 77581 |
| PHONE | (281)997-9509 |
| CO-BUYER | RICHARD GORE |
| ADDRESS | 3406 DEER COURT |
| CITY | PEARLAND  STATE TX  ZIP 77581 |
| PHONE | (281)997-9509 |

| | |
|---|---|
| SELLER/CREDITOR | CHAMPION FORD GULF FREEWAY |
| ADDRESS | 12227 GULF FREEWAY |
| CITY | HOUSTON |
| STATE | TX  ZIP 77034 |
| PHONE | 713-371-4000 |

Date: _____

The Buyer is referred to as "you" or "your". The Seller/Creditor is referred to as "we", "us" or "Creditor." This contract may be transferred by the Seller.

**PROMISE TO PAY**
The credit price is shown below as the "Total Sale Price." The "Cash Price" is also shown below. By signing this contract, you choose to purchase the motor vehicle on credit according to the terms of this contract. You agree to pay us the Amount Financed, Finance Charge, and any other charges in this contract. You agree to make payments according to the Payment Schedule in this contract. If more than one person signs as a buyer, you agree to keep all the promises in this agreement even if the others do not.

You have thoroughly inspected, accepted, and approved the motor vehicle in all respects.

## MOTOR VEHICLE IDENTIFICATION

| New/Used | Mileage | Year and Make | Model | Vehicle Identification Number | USE FOR WHICH PURCHASED |
|---|---|---|---|---|---|
| NEW | 151 | 2005 FORD | F-150 | 1FTRW12W75KB01123 | ☒ PERSONAL, FAMILY OR HOUSEHOLD ☐ BUSINESS OR COMMERCIAL ☐ AGRICULTURAL |

Trade-in 1: 1FTNW21L73EB94504  Model: F-250  2003 FORD  
VIN: _____  License No: _____

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid when you have made all scheduled payments. | Total Sale Price The total cost of your purchase on credit, including your downpayment of $ 0.00 |
|---|---|---|---|---|
| 6.90 % | $6909.17 | $36625.03 | $43534.20 | $47734.20 |

**Your Payment Schedule will be:**

| Number of Payments | Amount of Payments | When Payments are Due |
|---|---|---|
| 60 | 725.57 | ☒ Monthly ☐ Semi-Annually ☐ Annually  starting 03/29/2005 |

**Prepayment:** If you pay off your debt early, you will not have to pay a penalty.  
**Late Payment:** You must pay a late charge on the portion of each payment received more than fifteen days late. The charge is 5% of the late amount.  
**Security Interest:** You are giving a security interest in the motor vehicle being purchased.  
**Contract:** Please see this contract for additional information on security interest, nonpayment, default, the right to require repayment of your debt in full before the scheduled date, and prepayment penalty.

---

**PROPERTY INSURANCE:** You must keep the collateral insured against damage or loss in the amount you owe. You must keep this insurance until you have paid all that you owe under this contract. You may obtain property insurance from anyone you want or provide proof of insurance you already have. The insurer must be authorized to do business in Texas. You agree to give us proof of property insurance. You must name us as the person to be paid under the policy in the event of damage or loss.

If any insurance is included below, policies or certificates from the insurance company will describe the terms, conditions and deductibles.

*Optional credit life and credit disability insurance.* Credit life insurance and credit disability insurance are not required to obtain credit. They will not be provided unless you sign and agree to pay the extra cost. Your decision to buy or not buy these insurance coverages will not be a factor in the credit approval process.

☐ Credit Life, one buyer  $ N/A  Term N/A  
☒ Credit Life, both buyers  $ 1142.77  Term 60  
☐ Credit Disability, one buyer  $ N/A  Term N/A  
☐ Credit Disability, both buyers  $ N/A  Term N/A  

**RESOURCE LIFE INS CO**  
(Insurance Company)

Credit life insurance pays only the amount you would owe if you paid all your payments on time. Credit disability insurance does not cover any increase in your payment or in the number of payments.

If the term of the insurance is 121 months or longer, the premium is not fixed or approved by the Texas Insurance Commissioner.

*Balloon payment contracts:* Credit Life Insurance is for the scheduled term of this contract. Credit Disability insurance covers the first ___ payments and does not cover the last scheduled payment.

You want the insurance indicated above.  
Buyer's Signature: _Sylvia Gore_  
Co-Buyer's Signature: _____

*Optional Insurance coverages.* The insurance described below is not required to obtain credit. It will not be provided unless you sign and agree to pay the extra cost. Your decision to buy or not buy these insurance coverages will not be a factor in the credit approval process.

| Coverage | Term in Months | Premium |
|---|---|---|
| GAP* | 60 | ☐ $441.33 |
| N/A | N/A | ☐ $ N/A |

**GREAT AMERICAN INS CO OF NY**  
(Insurance Company)

*If the vehicle is determined to be a total loss, GAP insurance will pay us the difference between the proceeds of your basic collision policy and the amount you owe on the motor vehicle, minus your deductible. You can cancel that insurance without charge for 10 days from the date of this contract.

If the box next to a premium for an insurance coverage included above is marked, that premium is not fixed or approved by the Texas Insurance Commissioner.

You want the optional coverages for which premiums are included above.  
Buyer's Signature: _Sylvia Gore_  
Co-Buyer's Signature: _____

**LIABILITY INSURANCE**  
THIS CONTRACT DOES NOT INCLUDE INSURANCE COVERAGE FOR PERSONAL LIABILITY AND PROPERTY DAMAGE CAUSED TO OTHERS.

---

## ITEMIZATION OF AMOUNT FINANCED

1. Cash Price (including any accessories, services, and taxes  
   N/A $ N/A  N/A $ N/A  N/A $ N/A  
   N/A $ N/A  and N/A $ N/A ) $ 24900.00 (1)

2. Total Downpayment = (if negative, enter "0" and see Line 4.A. below)  
   Gross trade-in ................................................. $ 17400.00  
   -payoff by seller ................................................ $ 28525.00  
   =net trade-in ................................................... $ -11125.00  
   +cash .......................................................... $ 3200.00  
   +Third Party Rebate Assigned to Creditor ................... $ 1000.00  
   + N/A ........................................................... $ N/A  
   Total downpayment ............................................ $ 0.00 (2)

3. Unpaid balance of cash price (1 minus 2) ................... $ 24900.00 (3)

4. Other charges including amounts paid to others on your behalf (Seller may keep part of these amounts.):  
   A. Net trade-in payoff to FMCC ............................ $ 6925.00  
   B. Cost of optional credit insurance paid to insurance company or companies  
      Life RESOURCE LIFE INS. CO. $ 1142.77  
      Disability N/A $ N/A  $ 1142.77  
   C. Other insurance paid to the insurance company ..... $ 441.33  
   D. Official fees paid to government agencies ............ $ N/A  
   E. Dealer's inventory tax (if not included in cash price) .. $ 63.93  
   F. Sales tax (if not included in cash price) ................. $ 406.25  
   G. Other taxes (if not included in cash price) ............. $ N/A  
   H. Government license and/or registration fees .......... $ 72.30  
   I. Government certificate of title fee ........................ $ 33.00  
   J. Government vehicle inspection fees ..................... $ 26.50  
   K. Deputy service fee paid to dealer ........................ $ 5.00  
   L. Documentary Fee. A documentary fee is not an official fee. A documentary fee is not required by law, but may be charged to buyers for handling documents and performing services relating to the closing of a sale. A documentary fee may not exceed $50. This notice is required by law.  
      To CHAMPION FORD for Documentary Fee ......... $ 49.95  
   M. Other charges (Seller must identify who is paid and describe purpose)  
      to ESP PREMIUM for ESP PREMIUM $ 2350.00  
      to N/A for N/A $ N/A  
      to N/A for N/A $ N/A  

   Total other charges and amounts paid to others on your behalf  $ 11725.03 (4)

5. Amount Financed (3 + 4) ...................................... $ 36625.03 (5)

---

**BALLOON CONTRACT PROVISIONS**  
☐ Your last installment payment under this contract is a balloon payment.

**EXCESS WEAR, USE AND MILEAGE CHARGES**  
If the box directly above is checked, this section, Paragraph B, and Paragraph C of this contract apply. You may be charged for excessive wear based upon our standards for normal use. If you exercise the option to sell the vehicle back to Creditor under Paragraph B, you must pay the Creditor $0. N/A per mile for each mile in excess of N/A miles shown on the odometer.

**EXTRA MILEAGE OPTION CREDIT**  
If this contract contains a balloon payment (as indicated above), and you have exercised your Option to sell the vehicle to the Creditor under Paragraph B, this paragraph applies to your contract. At the scheduled end of this contract, You will receive a credit of $0. N/A per unused mile for the number of unused miles between N/A and N/A miles, less any amounts You owe under this contract. You will not receive any credit if the vehicle is destroyed, this contract ends early, or you are in default. You will not receive any credit if the credit is less than $1.00.

Any change to this contract must be in writing. Both you and we must sign it. No oral changes to this contract are enforceable.

Buyer X _Sylvia Gore_  Co-Buyer X _____  
Signs

**YOU ACKNOWLEDGE THAT YOU HAVE READ AND AGREE TO BE BOUND BY THE ARBITRATION PROVISION ON THE REVERSE SIDE OF THIS CONTRACT.**

The Annual Percentage Rate may be negotiated with the Seller. The Seller may assign this contract and may retain its right to receive a portion of the Finance Charge.

**CONSUMER WARNING**  
Notice to the buyer - Do not sign this contract before you read it or if it contains any blank spaces. You are entitled to a copy of the contract you sign. Under the law, you have the right to pay off in advance all that you owe and under certain conditions may save a portion of the finance charge. You will keep this contract to protect your legal rights.

**BUYER'S ACKNOWLEDGEMENT OF CONTRACT RECEIPT**  
YOU AGREE TO THE TERMS OF THIS CONTRACT AND ACKNOWLEDGE RECEIPT OF A COMPLETED COPY OF IT. YOU CONFIRM THAT BEFORE YOU SIGNED THIS CONTRACT, WE GAVE IT TO YOU, AND YOU WERE FREE TO TAKE IT AND REVIEW IT.

X _Sylvia Gore_ 02/12/2005   X _____ 02/12/2005  
Buyer Signs  Date  (Co) Buyer Signs  Date

X CHAMPION FORD GULF FREEWAY   By X _____   Title _____   02/12/2005  
Seller Signs

**THIS CONTRACT IS NOT VALID UNTIL YOU AND CREDITOR SIGN IT.**

---

## GUARANTY

Guarantor hereby guarantees the collection of the above described amount upon failure of the Seller named herein to collect said amount from the Buyer named herein.

Guarantor N/A  Address N/A  
Guarantor N/A  Address N/A

---

Seller may transfer this contract to FORD MOTOR CREDIT CO will then have all Seller's rights, privileges, and remedies. By signing below, the Seller assigns this contract to _____ ("Assignee").

CONSUMER CREDIT COMMISSIONER. If you have a contact Assignee about this account, call 8007277000  
visit their website at _____ or write to them at _____

This contract is subject in whole or in part to Texas law which is enforced by the Consumer Credit Commissioner, 2601 N. Lamar Blvd., Austin, Texas 78705-4207; (800) 538-1579; (512) 936-7600, and can be contacted relative to any inquires or complaints.

Seller CHAMPION FORD GULF FREE  By X _____  Title _____

FC 17642-SI May 04 (Previous editions may NOT be used)  SEE BACK FOR ADDITIONAL AGREEMENTS  
TX

Upon sale of this vehicle, the purchaser must
vehicle is purchased by a dealer. Until a new t
the owner's name listed on the current title. SE

```
||..||.||....||..||..||..|..|.|.|..|||....|..|.|.|.|....|.|..||
```

FORD MOTOR CREDIT CO
PO BOX 105704
ATLANTA, GA 30348-5704

0017537

↓ DETACH HERE ↓

# TEXAS CERTIFICATE OF TITLE

VEHICLE TITLES AND REGISTRATION DIVISION

**67880843**

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE OF VEHICLE | BODY STYLE |
|---|---|---|---|
| 1FTRW12W75KB81123 | 2005 | FORD | PK |

| TITLE/DOCUMENT NUMBER | DATE TITLE ISSUED |
|---|---|
| 10130838404151315 | 03/08/2005 |

| MODEL | MFG. CAPACITY IN TONS | WEIGHT | LICENSE NUMBER |
|---|---|---|---|
| F15 | 1/2 | 5000 | 57BRV2 |

PREVIOUS OWNER: CHAMPION FORD GULF FWY HOUSTON TX

ODOMETER READING: 151

OWNER:
SYLVIA D GORE
RICHARD GORE
3406 DEER COURT
PEARLAND, TX 77581

REMARK(S): ACTUAL MILEAGE

X _____
SIGNATURE OF OWNER OR AGENT MUST BE IN INK

UNLESS OTHERWISE AUTHORIZED BY LAW, IT IS A VIOLATION OF STATE LAW TO SIGN THE NAME OF ANOTHER PERSON ON A CERTIFICATE OF TITLE OR OTHERWISE GIVE FALSE INFORMATION ON A CERTIFICATE OF TITLE.

DATE OF LIEN: 02/12/2005
1ST LIENHOLDER: FORD MOTOR CREDIT CO
PO BOX 105704
ATLANTA, GA 30348-5704

1ST LIEN RELEASED _____ DATE _____
BY _____ AUTHORIZED AGENT

DATE OF LIEN: 2ND LIENHOLDER:

2ND LIEN RELEASED _____ DATE _____
BY _____ AUTHORIZED AGENT

DATE OF LIEN: 3RD LIENHOLDER:

3RD LIEN RELEASED _____ DATE _____
BY _____ AUTHORIZED AGENT

IT IS HEREBY CERTIFIED THAT THE PERSON HEREIN NAMED IS THE OWNER OF THE VEHICLE DESCRIBED ABOVE WHICH IS SUBJECT TO THE ABOVE LIENS.

**RIGHTS OF SURVIVORSHIP AGREEMENT**
WE, THE PERSONS WHOSE SIGNATURES APPEAR HEREIN, HEREBY AGREE THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED ON THIS CERTIFICATE OF TITLE SHALL FROM THIS DAY FORWARD BE HELD JOINTLY, AND IN THE EVENT OF DEATH OF ANY OF THE PERSONS NAMED IN THE AGREEMENT, THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR(S).

SIGNATURE _____ DATE _____
SIGNATURE _____ DATE _____
SIGNATURE _____ DATE _____

FORM 30-C REV. 5/2002    DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION, OR MUTILATION.