United States Bankruptcy Court
Southern District of Texas
Galveston Division

United States Courts
Southern District of Texas
FILED

JUL 22 2010

Clerk of Court

In Re:  
Richard Kevin And Sylvia Darlene Gore  
Debtor(s)

Chapter 13  
05-81357-G3-13  
Bankruptcy Case Number

## Notice of Change of Address

You are hereby notified that the address for the Debtor(s) in this case has changed to:

Richard Kevin Gore  
38315 Miranda Lane  
Magnolia, TX 77355

Respectfully submitted,

Richard Kevin Gore  
Sylvia Darlene Gore

JMK     7/16/2010